# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORLANDO S. RAMIREZ and ALBERTO TORRES-HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>STI PREPAID LLC, STI PHONECARD, INC., TELCO GROUP, INC., VOIP ENTERPRISES, INC., AND LEUCADIA NATIONAL CORP., and ABC CORPS 1-25,<br><br>　　　　　　　　Defendants. | Civil Action No. 08-1089 (SDW-MCA)<br><br>**ORDER** |

**WIGENTON**, District Judge

　　For the reasons set forth in this Court's Opinion of March 17th, 2009,

IT IS on this 17th day of March, 2009,

　　**ORDERED** that Defendants' motion to dismiss the Complaint against Defendant Leucadia National Corp. is hereby **GRANTED**; and it is further

　　**ORDERED** that Defendants' motion to dismiss the Complaint against all remaining Defendants is DENIED; and it is further

　　**ORDERED** that Plaintiffs shall have 30 days in which to re-plead allegations against Leucadia in a Second Amended Complaint.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton
　　　　　　　　　　　　　　　　　　　　　　　　**Susan D. Wigenton, U.S.D.J.**

cc: Hon. Madeline Cox Arleo, U.S.M.J.