WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
Attorneys for Defendants STi Prepaid LLC
  and Leucadia National Corp.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------------ x
ALBERTO TORRES-HERNANDEZ and on Behalf :
of All Others Similarly Situated, :
  :
  :
Plaintiff,          :   Civil Action No. 08-1089 (SDW)
  :
v.  :
  :
  :
STi PHONECARD, INC., POWER TELECOM  :
TEAM, INC. and ABC CORPS 1-25,  :   **CONSENT ORDER
  :   CONSOLIDATING CASES**
  :
Defendants.        :
------------------------------------------------------------------ x
ORLANDO S. RAMIREZ, individually and on Behalf :
of All Others Similarly Situated, :
  :
  :
Plaintiff,         :
v.  :   Civil Action No. 08-1735 (FSH)
  :
STi PREPAID L.L.C., STi PHONECARD, INC., :
TELCO GROUP INC., VOIP ENTERPRISES, INC., :
and LEUCADIA NATIONAL CORP., :
  :
Defendants.         :
------------------------------------------------------------------ x
MICHAEL ADIGHIBE, ET AL, :
  :
Plaintiffs,        :
  :
  :
v.  :   Civil Action No. 09-1705
  :
  :
TELCO GROUP, INC., VOIP ENTERPRISES, INC., :
FIND & FOCUS ABILITIES, INC., STI :
PHONECARD, INC. and STI PREPAID, LLC, :
  :
  :
  :
Defendants.         :
------------------------------------------------------------------ x

Plaintiff Michael Adighibe, individually and on behalf of all others similarly situated, through his counsel, Emmanuel Ahia & Associates, LLP (Emmanuel Ahia, Esq.) and Law Offices of Dan Martin (Dan Martin, Esq.), defendants Telco Group, Inc., VOIP Enterprises, Inc., Find & Focus Abilities, Inc. and STi Phonecard, Inc., through their counsel, Herrick, Feinstein LLP (John R. Goldman, Esq.) and defendant STi Prepaid, LLC, through its counsel, Wilentz, Goldman & Spitzer, P.A. (Edward T. Kole, Esq.); plaintiffs Alberto Torres-Hernandez and Winston Toribio, individually and on behalf of all others similarly situated, through their counsel, Nagel Rice, LLP (Bruce H. Nagel, Esq.), and defendant STi Phonecard, Inc., through its counsel, Herrick, Feinstein LLP (John R. Goldman, Esq.); and plaintiff Orlando S. Ramirez, individually and on behalf of all others similarly situated, through his counsel, Carella Byrne Bain Gilfillan Cecchi Steward & Olstein (James E. Cecchi, Esq.) and Freed & Weiss LLC (Paul M. Weiss, Esq.), defendants STi Prepaid, LLC and Leucadia National Corp., through their counsel, Wilentz, Goldman & Spitzer, P.A. (Edward T. Kole, Esq.), and defendants STi Phonecard, Inc., Telco Group Inc. and VOIP Enterprises, Inc., through their counsel, Herrick, Feinstein LLP (John R. Goldman, Esq.), having consented to consolidation of the above-captioned matters, and for good cause shown;

IT IS ON THIS ___ day of April, 2009,

ORDERED THAT <u>Michael Adighibe, et al. v. Telco Group, Inc., VOIP Enterprises, Inc., Find & Focus Abilities, Inc., STi Phonecard, Inc. and STi Prepaid, LLC</u>, Civil Action No. 09-1705, be and is hereby consolidated for all purposes with <u>Orlando S. Ramirez, individually and on behalf of all others similarly situated v. STi Prepaid LLC, STi Phonecard, Inc., Telco Group Inc., VOIP Enterprises, Inc., and Leucadia National Corp.</u>, Civil Action No. 08-1735, and <u>Torres-</u>

<u>Hernandez, et al. v. STi Phonecard, Inc., et al.</u>, Civil Action No. 08-1089.  The lead case shall continue to be <u>Torres-Hernandez, et al. v. STi Phonecard, Inc., et al.</u>, Civil Action No. 08-1089.

_____
HON.


**[COUNSELS' SIGNATURES CONTAINED ON THE NEXT PAGE]**

The parties hereby agree to the form and entry of the foregoing Order.

| | |
|---|---|
| NAGEL RICE, LLP | WILENTZ, GOLDMAN & SPITZER, P.A. |
| By: s/Bruce H. Nagel | By: s/Edward T. Kole |
|     BRUCE H. NAGEL<br>Attorneys for Plaintiff<br>Alberto Torres-Hernandez<br>and Winston Toribio |     EDWARD T. KOLE<br>Attorneys for Defendants<br>STi Prepaid, LLC and Leucadia National Corp. |
| CARELLA BYRNE BAIN GILFILLAN<br>CECCHI STEWARD & OLSTEIN | HERRICK, FEINSTEIN LLP |
| By: s/James E. Cecchi | By: s/John R. Goldman |
|     JAMES E. CECCHI<br>Attorneys for Plaintiff<br>Orlando S. Ramirez |     JOHN R. GOLDMAN<br>Attorneys for Defendants<br>Telco Group, Inc., VOIP Enterprises, Inc.,<br>Find & Focus Abilities, Inc. and<br>STi Phonecard, Inc. |
| FREED & WEISS LLC | |
| By: s/Paul M. Weiss | |
|     PAUL M. WEISS<br>Attorneys for Plaintiff<br>Orlando S. Ramirez | |
| EMMANUEL AHIA & ASSOCIATES, LLP | WILENTZ, GOLDMAN & SPITZER, P.A. |
| By: _____<br>    EMMANUEL AHIA<br>Attorneys for Plaintiff<br>Michael Adighibe | By: s/Edward T. Kole<br><br>    EDWARD T. KOLE<br>Attorneys for Defendant<br>STi Prepaid, LLC |
| LAW OFFICES OF DAN MARTIN | |
| By: _____<br>    DAN MARTIN<br>Attorneys for Plaintiff<br>Michael Adighibe | |

The parties hereby agree to the form and entry of the foregoing Order.

| | |
|---|---|
| NAGEL RICE, LLP | WILENTZ, GOLDMAN & SPITZER, P.A. |
| By: _____ <br> BRUCE H. NAGEL <br> Attorneys for Plaintiff <br> Alberto Torres-Hernandez <br> and Winston Toribio | By: _____ <br> EDWARD T. KOLE <br> Attorneys for Defendants <br> STi Prepaid, LLC and Leucadia National Corp. |
| CARELLA BYRNE BAIN GILFILLAN CECCHI STEWARD & OLSTEIN | HERRICK, FEINSTEIN LLP |
| By: _____ <br> JAMES E. CECCHI <br> Attorneys for Plaintiff <br> Orlando S. Ramirez | By: _____ <br> JOHN R. GOLDMAN <br> Attorneys for Defendants <br> Telco Group, Inc., VOIP Enterprises, Inc., <br> Find & Focus Abilities, Inc. and <br> STi Phonecard, Inc. |
| EMMANUEL AHIA & ASSOCIATES, LLP | WILENTZ, GOLDMAN & SPITZER, P.A. |
| By: s/Emmanuel Ahia <br> _____ <br> EMMANUEL AHIA <br> Attorneys for Plaintiff <br> Michael Adighibe | By: _____ <br> EDWARD T. KOLE <br> Attorneys for Defendant <br> STi Prepaid, LLC |
| LAW OFFICES OF DAN MARTIN | |
| By: s/Dan Martin <br> _____ <br> DAN MARTIN <br> Attorneys for Plaintiff <br> Michael Adighibe | |

HF 4669189v.1 #04861/0012