# WILENTZ GOLDMAN & SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

[Firm attorney roster omitted]

Please reply to:
Woodbridge
Direct Dial: (732) 855-6199
Direct Fax: (732) 726-6561

May 5, 2009

**VIA ECF & UPS OVERNIGHT MAIL**

Hon. Madeline Cox Arleo
U.S. District Court for the
District of New Jersey
MLK, Jr. Fed Bldg & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

    Re:    **Ramirez, et al. v. STi Prepaid LLC, et al.**
           **Civil Action No. 08-1089 (SDW)**

Dear Judge Arleo:

    This firm represents STi Prepaid, LLC with respect to the above-referenced matter.

    Please find enclosed herewith a proposed consent order extending the Defendants' time to answer the amended consolidated complaint through and including June 2, 2009.

    We respectfully request that, should Your Honor approve of the proposed form of consent order, that it be entered.

**WILENTZ
GOLDMAN
&SPITZER P.A.**
ATTORNEYS AT LAW

Hon. Madeline Cox Arleo
May 5, 2009
Page 2

We thank Your Honor for considering this matter.

           Respectfully submitted,

           WILENTZ, GOLDMAN & SPITZER, P.A.

           BY: _____
             JAMES E. TONREY, JR.
             Attorneys for Defendant
             STi Prepaid, LLC

cc: James E. Cecchi, Esq. (via e-mail)
   Lindsey Taylor, Esq. (via e-mail)
   Bruce Nagel, Esq. (via e-mail)
   Elliot Pell, Esq. (via e-mail)
   John R. Goldman, Esq. (via e-mail)
   Edward T. Kole, Esq.