# WILENTZ GOLDMAN & SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6199
Direct Fax: (732) 726-6561

October 30, 2009

**VIA ECF & UPS OVERNIGHT MAIL**

Hon. Madeline Cox Arleo
U.S. District Court for the
District of New Jersey
MLK, Jr. Fed Bldg & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

    Re:    <u>Ramirez, et al. v. STi Prepaid LLC, et al.
              Civil Action No. 08-1089 (SDW)</u>

Dear Judge Arleo:

      As Your Honor may recall, this firm represents STi Prepaid, LLC with respect to the above-referenced matter.

      As we have previously advised the Court, this matter has been settled pending execution of a formal written agreement and obtaining the necessary approvals. There is presently in place a consent order extending Defendants' time to respond to the amended consolidated complaint through and including November 1, 2009, which will expire in a matter of days. Given this, I am enclosing herewith a proposed consent order extending the Defendants' time to respond to the aforesaid complaint through and including December 16, 2009.

#3197028

**WILENTZ**
**GOLDMAN**
**&SPITZER P.A.**
ATTORNEYS AT LAW

Hon. Madeline Cox Arleo
October 30, 2009
Page 2

    We respectfully request that, should Your Honor find the proposed consent order to be acceptable, that it be entered.

    We thank Your Honor for considering this matter.

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

BY: *[signature]*
JAMES E. TONREY, JR.
Attorneys for Defendant
STi Prepaid, LLC

cc:    James E. Cecchi, Esq. (via e-mail)
        Lindsey Taylor, Esq. (via e-mail)
        Bruce Nagel, Esq. (via e-mail)
        John R. Goldman, Esq. (via e-mail)
        Edward T. Kole, Esq.

#3197028