**DAN MARTIN**
**ATTORNEY AT LAW**
**108 Straube Center Boulevard**
**Suite I-4B**
**Pennington, New Jersey 08534**
**(609) 598-2183**
**Fax: (609) 818-9206**
**Email: DanLMartin@comcast.net**

December 4, 2009

William T. Walsh
Clerk of the Court
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
Re: Ramirez et al. v. STI Prepaid et al.
    08cv1089

Dear Mr. Walsh:

I am writing to inform the Court that my address has changed to:
108 Straube Center Boulevard
Suite I-4B, Pennington, New Jersey 08534


Very truly yours,


Dan Martin