WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
Attorneys for Defendant STi Prepaid, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
ORLANDO S. RAMIREZ and ALBERTO :
TORRES-HERNANDEZ, individually and on :
behalf of all others similarly situated, :
:
      Plaintiff, :
v. :
:
STI PREPAID L.L.C., et al., :
:
      Defendants. :   Civil Action No. 08-1089 (SDW)
---------------------------------------------------------X
MICHAEL ADIGHIBE, et al., :   **ORDER EXTENDING TIME TO**
:   **ANSWER THE AMENDED**
      Plaintiffs, :   **CONSOLIDATED COMPLAINT**
v. :
:
TELCO GROUP, INC., et al., :
:
      Defendants. :
---------------------------------------------------------X

      Plaintiffs and Defendants, through their respective counsel, having agreed to an extension of the time in which Defendants may answer the Amended Consolidated Complaint, and the Court having considered this agreement; and for good cause shown,

      IT IS ON THIS ___ day of _____, 2009 ORDERED THAT the time in which Defendants may answer the Amended Consolidated Complaint be and is hereby extended

#3238459

for a time period through and including February 15, 2010.

_____<br>HON. MADELINE COX ARLEO

The parties hereby agree to the form and entry of the foregoing Order.

CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWARD & OLSTEIN

BY _____
   LINDSEY TAYLOR
   Attorneys for Plaintiffs

WILENTZ, GOLDMAN & SPITZER, P.A.

BY _____
   EDWARD T. KOLE
   Attorneys for Defendant
   STi Prepaid, LLC

NAGEL RICE LLP

BY: _____
    BRUCE H. NAGEL
    Attorneys for Plaintiffs

HERRICK FEINSTEIN LLP

BY: _____
    JOHN R. GOLDMAN
    Attorneys for Defendants
    STi Phonecard, Inc.,
    Telco Group, Inc. and
    VOIP Enterprises, Inc.

-2-

3238459