# Exhibit A

# WILENTZ
# GOLDMAN
# &SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6199**
**Direct Fax: (732) 726-6561**

August 7, 2009

**VIA ECF & UPS OVERNIGHT MAIL**

Hon. Madeline Cox Arleo
U.S. District Court for the
District of New Jersey
MLK, Jr. Fed Bldg & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

  Re: **Ramirez, et al. v. STi Prepaid LLC, et al.**
     **Civil Action No. 08-1089 (SDW)**

Dear Judge Arleo:

  As Your Honor may recall, this firm represents STi Prepaid, LLC with respect to the above-referenced matter.

  Counsel advised the Court of the settlement of this matter (pending execution of a formal written agreement, and appropriate approvals) on July 30, 2009. Pending the completion of the paperwork required for the settlement, counsel have agreed to the enclosed proposed consent order extending the Defendants' time to answer the Amended Consolidated Complaint through and including November 1, 2009.

#3197028



**WILENTZ GOLDMAN & SPITZER P.A.**
ATTORNEYS AT LAW

Hon. Madeline Cox Arleo
August 7, 2009
Page 2

We respectfully request that, should Your Honor find the proposed consent order to be acceptable, that it be entered.

We thank Your Honor for considering this matter.

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

BY: _____
JAMES E. TONREY, JR.
Attorneys for Defendant
STi Prepaid, LLC

cc: James E. Cecchi, Esq. (via e-mail)
Lindsey Taylor, Esq. (via e-mail)
Bruce Nagel, Esq. (via e-mail)
John R. Goldman, Esq. (via e-mail)
Edward T. Kole, Esq.