WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
Attorneys for Defendant STi Prepaid, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

--------------------------------------------------------X
ORLANDO S. RAMIREZ and ALBERTO :
TORRES-HERNANDEZ, individually and on :
behalf of all others similarly situated, :
:
        Plaintiff, :
:
v. :
:
STI PREPAID L.L.C., et al., :
:
        Defendants. :  Civil Action No. 08-1089 (SDW)
--------------------------------------------------------X
MICHAEL ADIGHIBE, et al., :  **ORDER EXTENDING TIME TO**
:  **ANSWER THE AMENDED**
        Plaintiffs, :  **CONSOLIDATED COMPLAINT**
:
v. :
:
TELCO GROUP, INC., et al., :
:
        Defendants. :
--------------------------------------------------------X

        Plaintiffs and Defendants, through their respective counsel, having agreed to an extension of the time in which Defendants may answer the Amended Consolidated Complaint, and the Court having considered this agreement; and for good cause shown,

        IT IS ON THIS ___ day of _____, 2010 ORDERED THAT the time in which Defendants may answer the Amended Consolidated Complaint be and is hereby extended

#3238459

for a time period through and including April 26, 2010.

_____
HON. MADELINE COX ARLEO

The parties hereby agree to the form and entry of the foregoing Order.

CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWARD & OLSTEIN

BY _____
LINDSEY TAYLOR
Attorneys for Plaintiffs

WILENTZ, GOLDMAN & SPITZER, P.A.

BY *Edward T. Kole*
EDWARD T. KOLE
Attorneys for Defendant
STi Prepaid, LLC

NAGEL RICE LLP

BY: *Bruce H. Nagel*
BRUCE H. NAGEL
Attorneys for Plaintiffs

HERRICK FEINSTEIN LLP

BY: *John R. Goldman*
JOHN R. GOLDMAN
Attorneys for Defendants
STi Phonecard, Inc.,
Telco Group, Inc. and
VOIP Enterprises, Inc.

for a time period through and including April 26, 2010.

_____
HON. MADELINE COX ARLEO

The parties hereby agree to the form and entry of the foregoing Order.

| CARELLA BYRNE CECCHI, OLSTEIN, BRODY & AGNELLO | WILENTZ, GOLDMAN & SPITZER, P.A. |
|---|---|
| BY _/s/ Lindsey Taylor_____<br>LINDSEY TAYLOR<br>Attorneys for Plaintiffs | BY _____<br>EDWARD T. KOLE<br>Attorneys for Defendant<br>STi Prepaid, LLC |
| NAGEL RICE LLP | HERRICK FEINSTEIN LLP |
| BY: _____<br>BRUCE H. NAGEL<br>Attorneys for Plaintiffs | BY: _____<br>JOHN R. GOLDMAN<br>Attorneys for Defendants<br>STi Phonecard, Inc.,<br>Telco Group, Inc. and<br>VOIP Enterprises, Inc. |

-2-

3238459