WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
Attorneys for Defendant STi Prepaid, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------X
ORLANDO S. RAMIREZ and ALBERTO
TORRES-HERNANDEZ, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

STI PREPAID L.L.C., et al.,

       Defendants.       Civil Action No. 08-1089 (SDW)
-------------------------------------------------X
MICHAEL ADIGHIBE, et al.,       **ORDER EXTENDING TIME TO ANSWER THE AMENDED CONSOLIDATED COMPLAINT**

       Plaintiffs,

v.

TELCO GROUP, INC., et al.,

       Defendants.
-------------------------------------------------X

       Plaintiffs and Defendants, through their respective counsel, having agreed to an extension of the time in which Defendants may answer the Amended Consolidated Complaint, and the Court having considered this agreement; and for good cause shown,

       IT IS ON THIS 9th day of March, 2010 ORDERED THAT the time in which Defendants may answer the Amended Consolidated Complaint be and is hereby extended

#3238459

for a time period through and including April 26, 2010.

_____
HON. MADELINE COX ARLEO

The parties hereby agree to the form and entry of the foregoing Order.

CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWARD & OLSTEIN

BY _____
LINDSEY TAYLOR
Attorneys for Plaintiffs

WILENTZ, GOLDMAN & SPITZER, P.A.

BY _Edward T. Kole_
EDWARD T. KOLE
Attorneys for Defendant
STi Prepaid, LLC

NAGEL RICE LLP

BY: _____
BRUCE H. NAGEL
Attorneys for Plaintiffs

HERRICK FEINSTEIN LLP

BY: _John R. Goldman_
JOHN R. GOLDMAN
Attorneys for Defendants
STi Phonecard, Inc.,
Telco Group, Inc. and
VOIP Enterprises, Inc.

-2-

3238459

for a time period through and including April 26, 2010.

_____
HON. MADELINE COX ARLEO

The parties hereby agree to the form and entry of the foregoing Order.

CARELLA BYRNE CECCHI, OLSTEIN, BRODY & AGNELLO

BY _____
LINDSEY TAYLOR
Attorneys for Plaintiffs

WILENTZ, GOLDMAN & SPITZER, P.A.

BY _____
EDWARD T. KOLE
Attorneys for Defendant
STi Prepaid, LLC

NAGEL RICE LLP

BY: _____
BRUCE H. NAGEL
Attorneys for Plaintiffs

HERRICK FEINSTEIN LLP

BY: _____
JOHN R. GOLDMAN
Attorneys for Defendants
STi Phonecard, Inc.,
Telco Group, Inc. and
VOIP Enterprises, Inc.

-2-

3238459