# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | WALTER G. LUGER | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | | JACOB A. KUBERT |
| JOHN M. AGNELLO | MELISSA E. FLAX | | OF COUNSEL | STEPHEN R. DANEK |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | ERIC MAGNELLI |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | DONALD ECKLUND |
| | G. GLENNON TROUBLEFIELD | | | VINCENZO M. MOGAVERO |
| | BRIAN H. FENLON | | | °MEMBER N.Y. BAR ONLY |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

March 12, 2010

<u>VIA ECF</u>

Honorable Madeline Cox Arleo
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re: Torres-Hernandez, *et al.* v. STI Prepaid, *et al.*
     Civil Action No. 08-1089 (SDW)

Dear Judge Arleo:

  This firm, along with others, represent the Plaintiffs in the above-captioned matter. This is to confirm my telephone conversation with your staff that the telephone status conference in the above matter has been rescheduled for March 18 at 4 p.m.

  Thank you for your continued attention to this matter.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO

          /s/ Lindsey H. Taylor

          LINDSEY H. TAYLOR

cc: All Counsel (via ECF)(w/encl.)