# WILENTZ, GOLDMAN & SPITZER P.A.
*Commitment to Make a Difference*

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
215.940.4000
Fax 215.636.3999

www.wilentz.com

DAVID T. WILENTZ (1919-1988)
GEORGE GOLDMAN (1924-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN[<]
JAMES E. TRABILSY
MAUREEN S. BINETTI[<]
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT[<]
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[2,5]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

HESSER G. McBRIDE, JR.
ERIC JOHN MARCH[2]
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[†]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[20]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2, □]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
BARBARA J. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

**OF COUNSEL**
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN
FRANCIS V. BONELLO

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES P. LUNDY[2,3]
JAMES E. TONREY, JR.[2]

DEIRDRE WOULFE PACHECO[7]
ROBERTO BENITEZ[2]
JONATHAN J. BART[2]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2,9]
GREGORY D. SHAFFER[2,<]
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[6]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]

JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
EMILY D. VAIL[2,4]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G. GERTSBERG[2]
JAY B. FELDMAN[2]
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
AMY HERBOLD
ERIC I. BUEIDE[2]
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ
CARRIE S. FORD
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY
GLENN P. PRIVES[2]
ANNEMARIE T. GREENAN[5]

< Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
\* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
Direct Dial: (732) 855-6199
Direct Fax: (732) 726-6561

June 23, 2010

**VIA ECF AND REGULAR MAIL**

Hon. Madeline Cox Arleo
U.S. District Court for the
District of New Jersey
MLK, Jr. Fed Bldg & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

    Re:    **Ramirez, et al. v. STi Prepaid LLC, et al.**
            **Civil Action No. 08-1089 (SDW)**

Dear Judge Arleo:

       As Your Honor is aware, this firm represents Defendant, STi Prepaid, LLC ("STi Prepaid") with respect to the above-referenced matter.

       This will confirm that the hearing for preliminary approval of the class action settlement in this matter has been rescheduled from June 28, 2010 and will now be heard on July 1, 2010 at 3:30 p.m.

#3295616



Hon. Madeline Cox Arleo
June 23, 2010
Page 2

We thank the Court for its courtesies in this regard.

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

BY: _____
JAMES E. TONREY, JR.
Attorneys for Defendant
STi Prepaid, LLC

cc:   James E. Cecchi, Esq.  (via email)
      Lindsey Taylor, Esq.  (via email)
      Bruce Nagel, Esq.  (via email)
      John Goldman, Esq.  (via email)

#3295616