# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.
*Commitment to Make a Difference*

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6199
Direct Fax: (732) 726-6561

June 25, 2010

**VIA ECF AND REGULAR MAIL**

Hon. Madeline Cox Arleo
U.S. District Court for the
District of New Jersey
MLK, Jr. Fed Bldg & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07101

      Re:   Ramirez, et al. v. STi Prepaid LLC, et al.
            Civil Action No. 08-1089 (SDW)

Dear Judge Arleo:

    As Your Honor is aware, this firm represents Defendant STi Prepaid, LLC ("STi Prepaid") with respect to the above-referenced matter.

    Your Honor may recall that the hearing for preliminary approval of the class action settlement in this matter has been scheduled for July 1, 2010 at 3:30 p.m.

    We have subsequently learned that Bruce Nagel, Esq. is not available on the aforesaid date for that hearing, and are writing to request that the date of the hearing be rescheduled. Given that all counsel are available on July 13th or 14th, we are writing to request that the Court schedule the preliminary approval hearing on one of those dates, with the papers in support of the motion being filed by July 12, 2010.

#3296454



Hon. Madeline Cox Arleo
June 25, 2010
Page 2

We thank the Court for considering this matter.

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

BY: *James E. Tonrey, Jr.* (signature)
JAMES E. TONREY, JR.
Attorneys for Defendant
STi Prepaid, LLC

cc: James E. Cecchi, Esq. (via email)
Lindsey Taylor, Esq. (via email)
Bruce Nagel, Esq. (via email)
John Goldman, Esq. (via email)

#3296454